O-send

FILED
CLERK, U.S. DISTRICT COURT
MAR 16 2009
CENTRAL DISTRICT OF CALIFORNIA
BY SM DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 04-50-DSF |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| REYNALDO CABELLON ) | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist., CA for alleged violation(s) of the terms and conditions of his/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on allegations of absconding from supervision on state parole; no verified info or bail resources

1 _____

2 _____

3 _____

4      and/or

5 B.   ( )   The defendant has not met his/her burden of establishing by

6 clear and convincing evidence that he/she is not likely to pose

7 a danger to the safety of any other person or the community if

8 released under 18 U.S.C. § 3142(b) or (c). This finding is based

9 on:_____

10 _____

11 _____

12 _____

13

14      IT THEREFORE IS ORDERED that the defendant be detained pending

15 the further revocation proceedings.

16

17 Dated:   3/16/09

18

19                                  [signature]

20                             UNITES STATES MAGISTRATE JUDGE